ROBERT A. WILKINSON, Appellant, *v.* NASSAU SHORES, INC., et al., Respondents, and JOHN P. MCKENNA, Appellant.

Argued May 19, 1952; decided June 5, 1952.

*Ralph M. Carson, William R. Meagher* and *Edgar O. Appleby* for appellants.

*A. Bertram Roth* for Nassau Shores, Inc., and others, respondents.

*Paul J. Leach* for Nassau Shores Country Club of Massapequa, Inc., and others, respondents.

Judgments modified by reversing so much thereof as provide for easements in favor of the respondent corporations, Nassau Shores, Inc., Richboro Realty Corporation and Harmon National Real Estate Corporation, and, as to such respondents, plaintiff is entitled to judgment, without costs.

Any easement rights claimed by equitable owners of lots to which said respondent corporations held legal title may be asserted by said equitable owners in an independent action in which they are parties, as they may be advised.

In all other respects the judgments are affirmed, without costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.